UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS and KIK CUSTOM PRODUCTS, INC., *f/k/a* CCL CUSTOM MANUFACTURING, INC.

Plaintiffs,

v.

CONSOLIDATED
C.A. No. 01-496 L

TEKNOR APEX COMPANY; QUEBECOR WORLD HALLIDAY, INC. f/k/a Halliday Lithograph Corp.; LEACH & GARNER TECHNOLOLGY, INC.; SEQUA CORP. f/k/a Sun Chemical Corp.; WYMAN-GORDON COMPANY; DAVID BRASK; GENERAL ELECTRIC CO. f/k/a GE-CEP; HOLLINGSWORTH & VOSE CO.; THREE R's TRANSPORTATION, INC.; BENJAMIN MOORE & CO.; INTERNATIONAL PAPER CO. f/k/a Allied Container Corp.; and ACS INDUSTRIES, INC.

Defendants.

---

KIK CUSTOM PRODUCTS, INC., f/k/a CCL CUSTOM MANUFACTURING, INC.

Plaintiff,

v.

C.A. No. 01-511-L

A. T. CROSS COMPANY and RAYTHEON COMPANY

Defendants.

**STIPULATION OF NAME CHANGE OF PARTY PLAINTIFF**

It is hereby stipulated and agreed that the party name of plaintiff, CCL Custom Manufacturing, Inc., may be and is hereby changed to KIK Custom Products, Inc., based upon a corporate name change of the plaintiff.

KIK CUSTOM PRODUCTS, INC., *f/k/a*
CCL CUSTOM MANUFACTURING, INC.
By Its Attorneys:

/s/ Karen A. Pelczarski

KAREN A. PELCZARSKI, ESQ. (#3357)
BLISH & CAVANAGH, LLP
kap@blishcavlaw.com
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
Fax: (401) 751-7542

Of Counsel:
JONATHAN A. MURPHY, ESQ.
(JAM-6052)
LESTER, SCHWAB, KATZ & DWYER, LLP
125 Broadway
New York, New York 10271-0071
(212) 964-6611
Fax: (212) 267-5916

Dated: February 4, 2008

/s/ Julie P. Barry

JULIE P. BARRY
NUTTER MCCLENNAN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
**jpbarry@nutter.com**

/s/ Gregory L. Benik

GREGORY L. BENIK
HOLLAND & KNIGHT LLP
One Financial Plaza
Suite 1800
Providence, RI 02903
**Gbenik@jreri.com**

/s/ Stephen J. Brake

STEPHEN J. BRAKE
NUTTER MCCLENNAN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
**sbrake@nutter.com**

/s/ Kevin J. Bristow

KEVIN J. BRISTOW
LAW OFFICES OF
KEVIN J. BRISTOW
1309 Turks Head Building
Providence, RI 02903
**KJBristowlaw@Verizon.net**

/s/ Thomas C. Jackson

THOMAS C. JACKSON
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.-The Warner
Washington, DC 02210-2604
**thomas.jackson@bakerbotts.com**

/s/ Keven A. McKenna

KEVEN A. MCKENNA
KEVEN A. MCKENNA, P.C.
23 Acorn Street
Providence, RI 02903
**KevenM@McKennaLaw.cc**

/s/ Mortimer C. Newton

MORTIMER C. NEWTON
The Remington Building
3rd Floor
91 Friendship Street
Providence, RI 02903-3837
**mortnewton@gmail.com**

/s/ Deming E. Sherman

DEMING E. SHERMAN
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
**Dsherman@eapdlaw.com**

/s/ Dean S. Sommer

DEAN S. SOMMER
YOUNG, SOMMER, WARD, RITZENBERG, WOOLEY, BAKER & MOORE LLC
5 Palisades Drive
Albany, NY 12205
**dsommer@youngsommer.com**

/s/ Matthew F. Medeiros

MATTHEW F. MEDEIROS
LITTLE, MEDEIROS, KINDER, BULMAN & WHITNEY, P.C.
72 Pine Street
Providence, RI 02903
**Mfm@lmkbw.com,**
**dcabral@lmkbw.com**
**Kocteau@lmkbw.com**

/s/ Mark Denehy

MARK DENEHY
ADLER, POLLOCK & SHEEHAN, P.C.
2300 Financial Plaza
Providence, RI 02903-2443
**mdenehy@apslaw.com**

/s/ Kristin Sherman

KRISTIN SHERMAN
ADLER, POLLOCK & SHEEHAN, P.C.
2300 Financial Plaza
Providence, RI 02903-2443
**Ksherman@apslaw.com**