UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KIK CUSTOM PRODUCTS, INC., f/k/a
CCL CUSTOM MANUFACTURING, INC.

Plaintiff,

v. C. A. 01-0511-L

A. T. CROSS COMPANY and RAYTHEON COMPANY

Defendants.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Plaintiff, KIK Custom Products, Inc., *f/k/a* CCL Custom Manufacturing, Inc., hereby moves for leave to file a Third Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, in the form affixed hereto as **Exhibit A.** The grounds for this Motion are more fully set forth in the accompanying Memorandum of law.

Respectfully submitted,

KIK CUSTOM PRODUCTS, INC., *f/k/a*
CCL CUSTOM MANUFACTURING, INC.
By Its Attorneys:

/s/ Karen A. Pelczarski

KAREN A. PELCZARSKI, ESQ. (#3357)
BLISH & CAVANAGH, LLP
kap@blishcavlaw.com
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
Fax: (401) 751-7542

Granted; Ronald R. Lagueux
Sr. USDJ 2/13/08