AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

KIK CUSTOM PRODUCTS, ET AL

V.

A.T. CROSS COMPANY, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 01-511-L

TO: (Name and address of Defendant)

General Cable ~~Corp.~~ Industries Inc corp. f/k/a Carol Cable Co.
c/o CT Corporation System
10 Weybosset Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karen A. Pelczarski, Esq.
kap@Blishcavlaw.com
Blish & Cavangh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900 Fax: (401) 751-7542

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Duke
Chief Deputy Clerk

CLERK

Mark Zaucay

(By) DEPUTY CLERK

2/21/08

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE Feb. 21, 2008 |
| NAME OF SERVER (PRINT) Kyle Morigian | TITLE Constable #6137 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☑ Other (specify): CT Corporation System (10 Weybosset St. Prov. RI) accepted service on "General Cable Industries Incorporated"

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $40 - | $40 - |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/21/08
Date

[signature]
Signature of Server

1845 Atwood Avenue
Address of Server
Johnston, RI 02919

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.