UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KIK CUSTOM PRODUCTS, INC., f/k/a CCL CUSTOM MANUFACTURING, INC. *Plaintiff,* | : | |
| v. | : | C.A. No. 01-511-L |
| A.T. CROSS COMPANY, RAYTHEON COMPANY, NATIONAL GRID USA f/k/a BLACKSTONE VALLEY ELECTRIC CO., and GENERAL CABLE CORP. f/k/a CAROL CABLE CO., *Defendants* | : | |

**ENTRY OF APPEARANCE**

Staci L. Kolb hereby enters her appearance on behalf of the plaintiff, KIK Custom Products, Inc. F/k/a CCL Custom Manufacturing, Inc., in the above-captioned appeal.

/s/ Staci L. Kolb
Karen A. Pelczarski (#3357)
Staci L. Kolb (#5451)
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

*Of Counsel:*

Jonathan A. Murphy, Esquire
Lester, Schwab, Katz & Dwyer, LLP
120 Broadway
New York, NY 10271-5916
(212) 964-6611
(212) 267-5916

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2008, I caused a copy of the within Entry of Appearance to be sent by electronic means (ECF) and mailed to anyone unable to accept electronic filing.

/s/ Staci L. Kolb