UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KIK CUSTOM PRODUCTS, INC. f/k/a, CUSTOM MANUFACTURING, INC., Plaintiff v. A.T. CROSS COMPANY, RATHEON COMPANY, NATIONAL GRID USA f/k/a BLACKSTONE VALLEY ELECTRIC CO., and GENERAL CABLE CORP. f/k/a CAROL CABLE CO., Defendant | **C.A. No. 01-511-L** |

**STIPULATION FOR EXTENSION OF TIME**

Plaintiff KIK Custom Products, Inc., f/k/a CCL Custom Manufacturing, Inc., hereby agrees and stipulates that Defendant National Grid USA f/k/a Blackstone Valley Electric Co. ("National Grid") shall have up to and including May 5, 2008 to answer, move, or otherwise respond to Plaintiff's Third Amended Complaint.

KIK CUSTOM PRODUCTS, INC.
f/k/a CCL CUSTOM MANUFACTURING, INC.

By its attorneys,

*/s/ Karen A. Pelczarski*
Karen A. Pelczarski (#3357)
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903
Tel. (401) 831-8900
Fax (401) 751-7542
Email: kap@blishcavlaw.com

NATIONAL GRID USA f/k/a
BLACKSTONE VALLEY ELECTRIC CO.

By its attorneys,

*/s/ Andrea Peraner-Sweet*
Francis J. Sally (#5324)
Andrea Peraner-Sweet (#5241)
Sally & Fitch LLP
One Beacon Street
Boston, MA 02108
Tel. (617) 542-5542
Fax (617) 542-1542
Email: fjs@sally-fitch.com
aps@sally-fitch.com

Dated: April 23, 2008

## CERTIFICATION OF SERVICE

I hereby certify that on the 23rd day of April, 2008, I caused a copy of the within Stipulation for Extension of Time to be sent by electronic means (ECF) the following counsel of record:

Gregory L. Benick – gbenik@jreri.com

Karen Ann Pelczarski – kap@blishcavlaw.com

Staci L. Kolb – slk@blishcavlaw.com

Gerald J. Petros – gpetros@haslaw.com

And by mail to the following counsel of record:

Jonathan A. Murphy
Lester Schwab, Katz & Dwyer, LLP
120 Broadway
New York, NY 10271-5916

*/s/ Andrea Peraner-Sweet*
Andrea Peraner-Sweet (RI Bar ID #5241)
Sally & Fitch LLP
One Beacon Street
Boston, MA 02108
Tel. (617) 542-5542
Fax (617) 542-1542

NEC/Mills - 908.236 - Stip-Ext-Time 08-04-22doc