Case 1:01-cv-00511-L-LDA Document 29 Filed 04/07/2008 Page 1 of 2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

KIK CUSTOM PRODUCTS, INC., f/k/a CCL CUSTOM MANUFACTURING, INC.

v.

A.T. CROSS COMPANY, RAYTHEON COMPANY, NATIONAL GRID USA f/k/a BLACKSTONE VALLEY ELECTRIC CO., and GENERAL CABLE CORP. f/k/a CAROL CABLE CO.

C.A. No. 01-511-L

## MOTION FOR ADMISSION PRO HAC VICE

Defendant General Cable Corporation hereby moves that Kenneth N. Klass be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Gerald J. Petros
Print Name

RI Bar ID # 2931

Hinckley, Allen & Snyder LLP
Firm and Business Address

Email: gpetros@haslaw.com

50 Kennedy Plaza, Suite 1500

Tel. # (401) 274-2000

Providence, Rhode Island 02903

Fax # (401) 277-9600

## ORDER

This motion is hereby ______ GRANTED ______ DENIED

Ronald R. Lagueux
Sr District Judge

4/23/08
Date

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April, 2008, I caused a copy of the within Motion for Admission Pro Hac Vice to be sent by electronic means (ECF) to the following counsel of record:

**Gregory L. Benik**
gbenik@jreri.com

**Karen Ann Pelczarski**
kap@blishcavlaw.com

and by mail to the following counsel of record:

Jonathan A. Murphy
Lester, Schwab, Katz & Dwyer, LLP
120 Broadway
New York, NY 10271-5916

*/s/ Gerald J. Petros*
Gerald J. Petros (#2931)
Alexandra K. Callam (#5358)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
gpetros@haslaw.com
acallam@haslaw.com