UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KIK CUSTOM PRODUCTS, INC. f/k/a, CUSTOM MANUFACTURING, INC., Plaintiff | |
| v. | **C.A. No. 01-511-L** |
| A.T. CROSS COMPANY, RATHEON COMPANY, NATIONAL GRID USA f/k/a BLACKSTONE VALLEY ELECTRIC CO., and GENERAL CABLE CORP. f/k/a CAROL CABLE CO., Defendant | |

NOTICE OF APPEARANCE

Please enter our appearance on behalf of the defendant National Grid USA f/k/a Blackstone Valley Electric Company in the above-referenced matter.

*/s/* Andrea Peraner-Sweet
Francis J. Sally (#5324)
Andrea Peraner-Sweet (#5241)
Sally & Fitch LLP
One Beacon Street
Boston, MA 02108
Tel. (617) 542-5542
Fax (617) 542-1542
Email: fjs@sally-fitch.com
aps@sally-ftich.com

**CERTIFICATION OF SERVICE**

I hereby certify that on the 7th day of May 2008, I caused a copy of the within document to be sent by electronic means (ECF) to the following counsel of record:

Gregory L. Benick-gbenick@jreri.com

Alexandra K. Callam- acallam@haslaw.com

Karen Ann Pelczarski –kap@blishcavlaw.com

Staci L. Kolb-skl@blishcavlaw.com

Gerald J. Petros-gpetros@haslaw.com

And by mail to the following counsel of record:

Jonathan A. Murphy
Lester, Schwab, Katz & Dwyer, LLP
120 Broadway
New York, NY 10271-5916

Scott E. Coburn, Esquire
Kenneth N. Klass, Esquire
Blank Rome LLP
One Long Square
130 North 18th Street
Philadelphia, PA 19103-6998

/s/_Andrea Peraner-Sweet___________