IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KIK CUSTOM PRODUCTS, INC., f/k/a CCL CUSTOM MANUFACTURING, INC.<br><br>v.<br><br>A.T. CROSS COMPANY, RAYTHEON COMPANY, NATIONAL GRID USA f/k/a BLACKSTONE VALLEY ELECTRIC CO., and GENERAL CABLE CORP. f/k/a CAROL CABLE CO. | ) | C.A. No. 01-511-L |

**STIPULATION FOR EXTENSION OF TIME**

Plaintiff KIK Custom Products, Inc., f/k/a CCL Custom Manufacturing, Inc., and Defendant General Cable Company hereby stipulate and agree that General Cable Company shall have up to and including June 18, 2008 to answer, move, or otherwise respond to Plaintiff's Third Amended Complaint.

KIK CUSTOM PRODUCTS, INC. f/k/a CCL CUSTOM MANUFACTURING, INC.

By its attorneys,

/s/ Karen A. Pelczarski
Karen A. Pelczarski (#3357)
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903
Tel. (401) 831-8900
Fax (401) 751-7542
kap@blishcavlaw.com

GENERAL CABLE CORPORATION

By its attorneys,

/s/ Gerald J. Petros
Gerald J. Petros (#2931)
Alexandra K. Callam (#5358)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Tel. (401) 274-2000
gpetros@haslaw.com
acallam@haslaw.com

Dated: May 13, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of May, 2008, I caused a copy of the within Stipulation for Extension of Time to be sent by electronic means (ECF) to the following counsel of record:

**Gregory L. Benik**
gbenik@jreri.com

**Staci L. Kolb**
slk@blishcavlaw.com

**Francis J. Sally**
fjs@sally-fitch.com

**Karen Ann Pelczarski**
kap@blishcavlaw.com

**Andrea Peraner-Sweet**
aps@sally-fitch.com

and by mail to the following counsel of record:

Jonathan A. Murphy
Lester, Schwab, Katz & Dwyer, LLP
120 Broadway
New York, NY 10271-5916

Scott E. Coburn
Kenneth N. Klass
Blank Rome LLP
One Long Square
130 North 18th Street
Philadelphia, PA 19103-6998

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Alexandra K. Callam (#5358)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
gpetros@haslaw.com
acallam@haslaw.com

898746 (61050-135299)